## MOTION DOCKET

**86–1130.** State v. Zuern. *Hamilton County,* No. C–840803. On motion for delayed reconsideration and on motion to dismiss. Motion to dismiss granted.

**91–1315.** In re Poling. *Franklin County,* No. 91AP–8. On motion to reconsider amount of attorney fees. Motion granted.
WRIGHT, J., dissents.
HOLMES, J., not participating.

**91–2001.** Rockey v. 84 Lumber Co. *Cuyahoga County,* Nos. 58610 and 58654. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers instanter. Motion granted.
MOYER, C.J., and HOLMES, J., dissent.

**92–194.** State v. Nicholas. *Warren County,* No. CA91–01–004. On motion for leave to exceed page limit. Motion granted.
HOLMES, WRIGHT and RESNICK, JJ., dissent.

**92–207.** Community Concerned Citizens, Inc. v. Union Twp. Bd. of Zoning Appeals. *Clermont County,* No. CA91–01–009. On motion for leave to file brief and record instanter. Motion granted.
On motion to dismiss. Motion denied.

**92–559.** Bell v. Mt. Sinai Med. Ctr. *Cuyahoga County,* No. 63061. On motion to dismiss. Motion denied.
HOLMES, WRIGHT and H. BROWN, JJ., dissent.

**92–943.** State v. Franklin. *Hamilton County,* No. C–910300. On motion for leave to file notice of appeal instanter. Motion granted.
WRIGHT and H. BROWN, JJ., dissent.

**92–1018.** Crock Constr. Co. v. Stanley Miller Constr. Co. *Noble County,* No. 206. On motion to consolidate with 92–1389, *Crock Constr. Co. v. Stanley Miller Constr. Co.,* Noble County, No. 206. Motion granted.
H. BROWN, J., would grant the alternative relief of extension.

**92–1113.** State ex rel. Laguta v. Corrigan. In Mandamus. On motion to produce/transmit record. Motion denied.
WRIGHT, H. BROWN and RESNICK, JJ., dissent.

**92–1130.** Bresnik v. Beulah Park Ltd. Partnership. *Franklin County,* No. 91AP–1068. On motion for leave to file *amicus* of Daniel A. Frasher. Motion granted.

**92–1431.** Cleveland Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, Nos. 89–H–909, 89–C–972, 89–H–910. On motion for leave to file record instanter. Motion granted.

**92–1708.** State v. Wiggins. *Hamilton County,* No. C–910620. On motion for leave to file memorandum in support instanter. Motion granted.
WRIGHT, J., dissents.